IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH E. MORRIS, #163 573, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-517-WKW |
| ) | [WO] |
| GOVERNOR KAY IVEY, ) | |
| COMMISSIONER JEFFERSON ) | |
| S. DUNN, and WARDEN ) | |
| GWENDOLYN GIVENS, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 12, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 25.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court and to prosecute this case.

DONE this 29th day of June, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE